Rev. 7/06
CO Hab Corp
AO 241 amd.

Page 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

__Bryan K. Wilson__
NAME (Under which you were convicted)

__39629-007__
PRISON NUMBER

__FCI Gilmer__
PLACE OF CONFINEMENT/ADDRESS
__P.O. Box 6000__
__Glenville, W.V. 26351-6000__

__Bryan Keith Wilson__                )
(Full Name)         Petitioner         )
                                        )
                                        )
         v.                             )      Case: 1:16-cv-01018
                                        )      Assigned To : Cooper, Christopher R.
                                        )      Assign. Date : 5/31/2016
                                        )      Description: Habeas Corpus/2255
__Charles Williams, Warden__           )      Case Related to: 15-cv-1149 (CRC)
(Name of Warden, Superintendent, Jailor, or )
authorized person having custody of petitioner) )
                    Respondent          )

## PETITION FOR WRIT OF HABEAS CORPUS

### INSTRUCTIONS - PLEASE READ CAREFULLY

1.  This petition must be legibly handwritten or typed, and signed by the petitioner. <u>Any false statement of material fact may serve as the basis for prosecution and conviction for perjury</u>. All questions must be answered concisely in the proper space on the form.

2.  Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3.  Upon receipt, your petition will be filed if it is in proper order and is accompanied by a $5.00 filing fee. Your check or money order should be made payable to: Clerk, U.S. District Court





4.  If you cannot afford to pay the filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the affidavit on the last page, setting forth information establishing your inability to pay the costs. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5.  Only sentences imposed by one court may be challenged in a single petition. If you seek to challenge sentences entered by different courts, you must file separate petitions as to each court.

6.  When you have completed the form, send the original and one copy to:
    Clerk, United States District Court for the District of Columbia
    Room 1225
    333 Constitution Avenue, NW
    Washington, DC 20001

7.  <u>Petitions which do not conform to these instructions may be returned with a notation as to the deficiency.</u>

## PETITION

1.  (a) Name and location of court which imposed the sentence (or detention) of conviction you are challenging: _Superior Court for the District of Columbia 500 Indiana Ave, NW Washington, D.C. 20001_

2.  (a) Date of the sentence (or detention): _Sept. 7, 2007_

3.  Length of sentence: _66 yrs_

4.  Nature of offense involved (all counts): _First degree premeditated murder while armed possession of firearm during a crime of violence carrying a pistol without a license possession of unregistered firearm unlawful possession of ammunition_

5.  (a) What was your plea? (Check one):
    - [x] Not guilty
    - [ ] Guilty
    - [ ] Nolo Contendere (no contest)
    - [ ] Insanity

(b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: _____

_____ N/A _____

6. Have you previously filed any petitions, applications, or motions with respect to this sentence in any court?
   ☑ Yes
   ☐ No

7. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of Court: District of Columbia Court of Appeals
       (2) Nature of the proceedings: Direct Appeal from the judgement of the Superior Court for the District of Columbia

       (3) Grounds raised: Confrontation Clause rights violation
           Disqualification of Retained Counsel
           Hearsay Testimony undercut alibi
           Insufficient Evidence to Establish Appellant as Murderer
           Errors in combination influenced verdict
       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ☑ Yes
           ☐ No
       (5) Result: Judgement Affirmed
       (6) Date of result: May 6, 2010

   (b) As to any second petition, application, or motion, give the same information:
       (1) Name of Court: District of Columbia Court of Appeals
       (2) Nature of the proceedings: Request for Rehearing And En banc hearing

       (3) Grounds raised: ① Division's decision overlooked and misaprehended material facts and legal matters.
           ② The decision by the division conflicts with other decisions by this Court.

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
           ~~☑ Yes~~
           ☑ No
       (5) Result: Summarily denied without explanation

Page 4

      (6)   Date of result: *August 19, 2010*

(c)  As to any third petition, application, or motion, give the same information:
      (1)   Name of Court: *District of Columbia Court of Appeals*
      (2)   Nature of the proceedings: *Motion to Recall Mandate*

      (3)   Grounds raised: *Ineffective Assistance of Appellate Counsel during direct Appeal*

      (4)   Did you receive an evidentiary hearing on your petition, application or motion?
          ☐ Yes
          ☒ No
      (5)   Result: *Denied without Explanation*
      (6)   Date of result: *Sept. 9, 2010*

(d)  Did you appeal to the highest court having jurisdiction for the result of action taken in any petition, application or motion?
      (1)   First petition, etc."
          ☐ Yes
          ☒ No
      (2)   Second petition, etc.:
          ☐ Yes
          ☒ No
      (3)   Third petition, etc.:
          ☐ Yes
          ☒ No

(e)  If you did not appeal from the adverse action on any petition, application, or motion, explain briefly why you did not: *District of Columbia Court of Appeals is the highest court.*

8.  State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and <u>facts</u> supporting same.

A. GROUND ONE: Ineffective Assistance of Appellate Counsel
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: During Petitioner's direct appeal, Appointed Appellate Counsel refused petitioner's request to raise the claim that the trial court, over defense objection, improperly disqualified a juror without justification in violation of D.C. Rules of Criminal Procedure 24(c). Appellate Counsel provide erroneous advice concerning the legal basis for the claim as reason for rejection of the claim. (SEE Attached)

B. GROUND TWO: Ineffective Assistance of Appellate Counsel
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: During Petitioner's direct appeal, Appointed Appellate Counsel refused petitioner's request to raise the claim that allegations of physical abuse at the hands of the government's agent who elicited and recorded petitioner's statements imposed a duty on the trial court to hold a hearing on the voluntariness of the statements.

C. GROUND THREE: Ineffective Assistance of Appellate Counsel
   (a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: During Petitioner's direct appeal, Appointed Appellate Counsel refused petitioner's request to raise the claim that the insurance company employee testified to matters beyond her personal knowledge because she was not present when application was completed. For the same reason she could not authenticate insurance application - she could not testify as to who signed application. Appellate Counsel also failed to raise the claim of Ineffect Assistance of trial counsel for counsel's failure to object to the witnesses testimony and admission of unauthenticated insurance application.

Page 6

D. GROUND FOUR: Ineffective Assistance of Appellate Counsel
(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim: During petitioner's direct appeal, Appointed Appellate Counsel refused petitioner's request to raise the claim that the government violated the rule of Brady v Maryland, 373 U.S. 83 (1963), when it suppressed, until the day after cross-examination, interview notes containing statements that contradict the witnesses testimony. Counsel also failed to raise an Ineffective Assistance of trial counsel for failure to raise the Brady claim or request a mistrial.

9. If any of the grounds listed in 8A, B, C, or D were not previously presented in any other court, District of Columbia or Federal, state briefly what grounds were not so presented, and give your reasons for not presenting them: 8B, C, or D have not been presented to any court because, as in all of the claims, Appointed Appellate Counsel provided erroneous legal advice as it related to the legal basis of the claims thereby misleading petitioner into believing there was no valid claim.

10. Do you have any petition or appeal pending in any other court, either, District of Columbia or Federal. as to the sentence (or detention) under attack?
☐ Yes
☑ No

(a) If so. give the name and location of the court and case number, if known: _____

11. Do you have any future sentence to serve after you complete the sentence (or detention) under attack?
☐ Yes
☑ No

(a) If so, give name and location of court which imposed sentence to be served in the future:
N/A

Page 7

(b) And give date and length of sentence to be served in future: __N/A__

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
 ☐ Yes
 ☐ No    N/A

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

__Bryant B. Wilson__
Petitioner's Signature

__Sept. 24, 2015__
Date

## DECLARATION

I, Bryan K. Wilson, do declare, under the penalty of perjury, that the foregoing was filed with the Clerk of the Court for the United States District Court for the District of Columbia via First Class Mail utilizing the legal mail procedures of FCI GILMER on this the 26th day of September, 2015. Postage was prepaid.

*Bryan K. Wilson*
Bryan K. Wilson 39629-007